**SEALED**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Manuel Montegro,<br>Ricardo Andrade,<br>Miguel Meza,<br>Eleuterio Martinez,<br>Miguel Angel Calderon,<br>Olga De-Servin,<br>Manuel Astorge,<br>Jose Robledo,<br>Pedro Garcia, and<br>Ronnie Mesa, Jr.,<br>        Defendants. | No.<br>1:19MJ 00014 EPG<br>[PROPOSED] SEALING ORDER<br><br>(UNDER SEAL)<br><br>**FILED**<br>JAN 1 8 2019<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and supporting affidavit in the above-captioned case and this court's sealing order, be kept under seal until all defendants have been arrested or further order of the Court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

DATED 1/17/19

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE