1 | McGREGOR W. SCOTT
United States Attorney
2 | KATHLEEN A. SERVATIUS,
MARK J. McKEON
3 | KATHERINE E. SCHUH,
Assistant United States Attorneys
4 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
5 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
6 |

7 | Attorneys for Plaintiff
United States of America
8 |

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 |

UNITED STATES OF AMERICA,          CASE NO. 1:19-CR-00007 DAD/BAM
12 |
Plaintiff,
13 |
v.                               VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1) –
14 |                                            Conspiracy to Distribute and Possess with Intent to
                                              Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) –
15 | MANUEL DE JESUS DELGADO         Distribution of Methamphetamine (4 Counts); 21
MONTENEGRO,                       U.S.C. § 841(a)(1) – Possession With Intent to
16 | RICARDO ANDRADE,               Distribute Methamphetamine (3 Counts); 21
MIGUEL MEZA,                      U.S.C. § 853 – Criminal Forfeiture
17 | ELEUTERIO ROSALES MARTINEZ,
MIGUEL ANGEL CALDERON,
18 | OLGA HERNANDEZ DE-SERVIN,
JESUS MANUEL ASTORGA,
19 | JOSE LUIS ROBLEDO CARRANZA,
PEDRO GARCIA,
20 | RONNIE MESA, JR., and
HECTOR ANTONIO OCHOA-RUIZ,
21 |
Defendants.
22 |

23 |

24 |                 S U P E R S E D I N G   I N D I C T M E N T

25 | COUNT ONE:   [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to
                  Distribute Methamphetamine]
26 |
27 |      The Grand Jury charges: T H A T

28 |                  MANUEL DE JESUS DELGADO MONTENEGRO,
                              RICARDO ANDRADE,

INDICTMENT                                    1

MIGUEL MEZA,
ELEUTERIO ROSALES MARTINEZ,
MIGUEL ANGEL CALDERON,
OLGA HERNANDEZ DE-SERVIN,
JESUS MANUEL ASTORGA,
JOSE LUIS ROBLEDO CARRANZA,
PEDRO GARCIA,
RONNIE MESA, JR., and
HECTOR ANTONIO OCHOA-RUIZ,

defendants herein, beginning at a time unknown to the grand jury, but no later than on or about June 7,

2018 and continuing until January 19, 2019, in the County of Tulare, State and Eastern District of

California, did knowingly and intentionally conspire and agree with each other, and with other persons

known and unknown to the grand jury, to distribute and possess with intent to distribute a mixture

containing a detectable amount of methamphetamine, a Schedule II controlled substance.

It is further alleged that the amount of controlled substance included in the offense was 500

grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams and

more of methamphetamine.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT TWO:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

MANUEL DE JESUS DELGADO MONTENEGRO,
RICARDO ANDRADE, and
MIGUEL MEZA,

defendants herein, on or about June 20, 2018, in the County of Tulare, State and Eastern District of

California, did knowingly and intentionally distribute a mixture containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

It is further alleged that the amount of controlled substances involved in the offense included 500

grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams and

more of methamphetamine.

All in violation of Title 21, United States code, Section 841 (a)(1).

COUNT THREE:     [21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

OLGA HERNANDEZ DE-SERVIN,

1  defendant herein, on or about August 9, 2018, in the County of Tulare, State and Eastern District of

2  California, did knowingly and intentionally possess with intent to distribute a mixture containing a

3  detectable amount of methamphetamine, a Schedule II controlled substance.

4         It is further alleged that the amount of controlled substances involved in the offense included 500

5  grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams and

6  more of methamphetamine.

7         All in violation of Title 21, United States code, Section 841 (a)(1).

8  COUNT FOUR:        [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

9         The Grand Jury further charges: T H A T

10                      JESUS MANUEL ASTORGA, AND
                        JOSE LUIS ROBLEDO CARRANZA,
11

12 defendants herein, on or about October 30, 2018, in the County of Tulare, State and Eastern District of

13 California, did knowingly and intentionally distribute a mixture containing a detectable amount of

14 methamphetamine, a Schedule II controlled substance.

15        It is further alleged that the amount of controlled substances involved in the offense included 500

16 grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams and

17 more of methamphetamine.

18        All in violation of Title 21, United States code, Section 841 (a)(1).

19 COUNT FIVE:  [21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Methamphetamine]

20        The Grand Jury further charges: T H A T

21                   MANUEL DE JESUS DELGADO MONTENEGRO,
                            MIGUEL MEZA, and
22                      MIGUEL ANGEL CALDERON,

23 defendants herein, on or about October 30, 2018, in the County of Tulare, State and Eastern District of

24 California, did knowingly and intentionally possess with intent to distribute a mixture containing a

25 detectable amount of methamphetamine, a Schedule II controlled substance.

26        It is further alleged that the amount of controlled substances involved in the offense included 500

27 grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams and

28 more of methamphetamine.

INDICTMENT                                    3

1    All in violation of Title 21, United States code, Section 841 (a)(1).

2    COUNT SIX:    [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

3    The Grand Jury further charges: T H A T

4                    JESUS MANUEL ASTORGA,
                  JOSE LUIS ROBLEDO CARRANZA, and
5                        PEDRO GARCIA,

6    defendants herein, on or about December 15, 2018, in the County of Tulare, State and Eastern District of

7    California, did knowingly and intentionally distribute a mixture containing a detectable amount of

8    methamphetamine, a Schedule II controlled substance.

9    It is further alleged that the amount of controlled substances involved in the offense included 500

10   grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams and

11   more of methamphetamine.

12   All in violation of Title 21, United States code, Section 841 (a)(1).

13   COUNT SEVEN:    [21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Methamphetamine]

14   The Grand Jury further charges: T H A T

15                    RONNIE MESA, JR.,

16   defendant herein, on or about December 15, 2018, in the County of Tulare, State and Eastern District of

17   California, did knowingly and intentionally possess with intent to distribute a mixture containing a

18   detectable amount of methamphetamine, a Schedule II controlled substance.

19   It is further allegedd that the amount of controlled substances involved in the offense included

20   500 grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams

21   and more of methamphetamine.

22   All in violation of Title 21, United States code, Section 841 (a)(1).

23   COUNT EIGHT:    [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

24   The Grand Jury further charges: T H A T

25                    JESUS MANUEL ASTORGA, and
                  JOSE LUIS ROBLEDO CARRANZA,
26

27   defendants herein, on or about January 2, 2019, in the County of Tulare, State and Eastern District of

28   California, did knowingly and intentionally distribute a mixture containing a detectable amount of

INDICTMENT                                    4

1  methamphetamine, a Schedule II controlled substance.

2      It is further alleged that the amount of controlled substances involved in the offense included 500

3  grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams and

4  more of methamphetamine.

5      All in violation of Title 21, United States code, Section 841 (a)(1).

6  COUNT NINE:  [21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Methamphetamine]

7      The Grand Jury further charges: T H A T

8          HECTOR ANTONIO OCHOA-RUIZ,

9  defendant herein, on or about January 2, 2019, in the County of Tulare, State and Eastern District of

10  California, did knowingly and intentionally possess with intent to distribute a mixture containing a

11  detectable amount of methamphetamine, a Schedule II controlled substance.

12      It is further alleged that the amount of controlled substances involved in the offense included 500

13  grams and more of a mixture containing a detectable amount of methamphetamine and 50 grams and

14  more of methamphetamine.

15      All in violation of Title 21, United States code, Section 841 (a)(1).

16  FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

17      1.    Upon conviction of the offense alleged in the sole count of this Indictment, defendants

18  MANUEL DE JESUS DELGADO MONTENEGRO, RICARDO ANDRADE, MIGUEL MEZA,

19  ELEUTERIO ROSALES MARTINEZ, MIGUEL ANGEL CALDERON, OLGA HERNANDEZ DE-

20  SERVIN, JESUS MANUEL ASTORGA, JOSE LUIS ROBLEDO CARRANZA, PEDRO GARCIA,

21  RONNIE MESA, JR., and HECTOR ANTONIO OCHOA-RUIZ shall forfeit to the United States

22  pursuant to Title 21, United States Code, Section 853(a), the following property:

23      a.    All right, title, and interest in any and all property involved in violation of Title

24  21, United States Code, Section 841(a)(1), for which defendant is convicted, and all property traceable

25  to such property, including the following: all real or personal property, which constitutes or is derived

26  from proceeds obtained, directly or indirectly, as a result of such offense; and all property used, or

27  intended to be used, in any manner or part to commit or to facilitate the commission of the offense.

28      b.    A sum of money equal to the total amount of proceeds obtained as a result of the

1   offense, or conspiracy to commit such offense, for which defendant is convicted.

2          2.      If any property subject to forfeiture, as a result of the offense alleged in the sole count of

3   this Indictment, for which defendant is convicted:

4                  a.      cannot be located upon the exercise of due diligence;

5                  b.      has been transferred or sold to, or deposited with, a third party;

6                  c.      has been placed beyond the jurisdiction of the Court;

7                  d.      has been substantially diminished in value; or

8                  e.      has been commingled with other property that cannot be divided without

9                          difficulty;

10  it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

11  forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

12

13

14                                                  A TRUE BILL.

15                                                  /s/ Signature on file w/AUSA

16                                                  _____

17                                                  FOREPERSON

18  McGREGOR W. SCOTT
    United States Attorney

19  **KIRK E. SHERRIFF**

20  _____
    KIRK E. SHERRIFF
    Chief, Fresno Office
21  Assistant United States Attorney

22

23

24

25

26

27

28