McGREGOR W. SCOTT
United States Attorney
KATHLEEN ANN SERVATIUS
MARK McKEON
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>HECTOR ANTONIO OCHOA RUIZ, *et al.*,<br><br>                        Defendants. | CASE NO. 1:19-CR-00007-DAD-BAM<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANTS REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER**<br><br>Ctrm:    8<br><br>Hon. Barbara A. McAuliffe |

WHEREAS, the discovery in this case contains private personal information regarding third parties, including but not limited to their dates of birth, telephone numbers and/or residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is therefore appropriate.

THEREFORE, defendants, by and through their counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Katherine E. Schuh, hereby agree and stipulate as follows:

1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.      This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents or other information in the presence of his attorneys, defense investigators, and/or support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents or other information, if any, from which Protected Information has first been redacted.

4.      The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5.      Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.      Defense Counsel shall be responsible for advising the Defendants, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.      In the event that a Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new counsel after new counsel has confirmed to government counsel in writing his or her agreement to the terms of this Order.

///

///

///

IT IS SO STIPULATED.

Dated: February 12, 2019        By:     /s/ Virna L. Santos (*auth. by email 2/12/19*)
                                        Virna L. Santos
                                        Santos Law Group
                                        Attorney for Defendant
                                        Manuel De Jesus Delgado Montenegro

Dated: February 12, 2019        By:     /s/ Daniel L. Harralson (*auth. by email 2/12/19*)
                                        Daniel L. Harralson
                                        Daniel L. Harralson Law Corporation
                                        Attorney for Defendant
                                        Ricardo Andrade

Dated: February 12, 2019        By:     /s/ Mark Wade Coleman (*auth. by email 2/12/19*)
                                        Mark Wade Coleman
                                        Nuttal Coleman & Drandell
                                        Attorney for Defendant
                                        Eleuterio Rosales Martinez

Dated: February 12, 2019        By:     /s/ Farid Yadegar (*auth. by email 2/12/19*)
                                        Farid Yadegar
                                        Law Office of Farid Yadegar
                                        Attorney for Defendant
                                        Olga De-Servin

Dated: February 12, 2019        By:     /s/ John Frederick Garland (*auth. by email 2/12/19*)
                                        John Frederick Garland
                                        Law Office of John Garland
                                        Attorney for Defendant
                                        Jesus Manuel Astorga

Dated: February 12, 2019        By:     /s/ Dale A. Blickenstaff (*auth. by email 2/12/19*)
                                        Dale A. Blickenstaff
                                        Law Offices of Dale A. Blickenstaff
                                        Attorney for Defendant
                                        Jose Luis Robledo Carranza

Dated: February 12, 2019        By:     /s/ Mark A. Broughton (*auth. by email 2/12/19*)
                                        Mark A. Broughton
                                        Mark A. Broughton, PC
                                        Attorney for Defendant
                                        Pedro Garcia

Dated: February 12, 2019        By:     /s/ Carol Ann Moses (*auth. by email 2/12/19*)
                                        Carol Moses, Attorney At Law
                                        Attorney for Defendant
                                        Pedro Garcia

Dated: February 13, 2019        By:     /s/ Richard Oberto (*auth. by email 2/13/19*)
                                        Law Offices of Richard Oberto
                                        Attorney for Defendant
                                        Hector Antonio Ochoa Ruiz

|   |   |
|---|---|
| Dated: February 13, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
|   | By:   /s/ Katherine E. Schuh<br>Katherine E. Schuh<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:   **February 13, 2019**          /s/ Barbara A. McAuliffe          
                                         UNITED STATES MAGISTRATE JUDGE

4