HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561

Attorney for Defendant
JESUS MANUEL ASTORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>vs.<br><br>JESUS MANUEL ASTORGA,<br><br>        *Defendant.* | Case No. 1:19-cr-00007-JLT-BAM-7<br><br>**NOTICE RESPONDING TO COURT'S APRIL 22, 2024 MINUTE ORDER** |

In response to this Court's Minute Order of April 22, 2024, the Office of the Federal Defender hereby gives notice that, at this time, it will not be filing a motion under 18 U.S.C. § 3582(c)(2) on behalf of Mr. Astorga.


Dated: April 24, 2024

                                        */s/ Peggy Sasso*
                                        PEGGY SASSO
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Jesus Manuel Astorga