JESUS MANUEL ASTORGA, REG. NO. 77995-097
FCI LOMPOC II
3901 KLEIN BLVD.
LOMPOC, CA 93436

Appearing *pro se*

**FILED**

MAY 10 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00007-JLT-BAM-7 |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JESUS MANUEL ASTORGA, | |
| Defendant. | **RETROACTIVE CRIMINAL HISTORY CASE** |

Defendant, JESUS MANUEL ASTORGA, hereby voluntarily withdraws his pro se motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), filed on April 10, 2024, Docket Entry 394.

Dated: May-06, 2024

Respectfully submitted,

*Manuel Astorga*

JESUS MANUEL ASTORGA
Defendant